GEORGE TRACY, Appellant, *v.* EASTERN LOADING CORPORATION, Respondent.

*Appeal — failure to file undertaking — motion to dismiss appeal granted.*

*Tracy* v. *Eastern Loading Corporation,* 202 App. Div. 811, appeal dismissed.

(Submitted June 5, 1923; decided June 12, 1923.)

MOTION to dismiss an appeal from a judgment, entered August 29, 1922, upon an order of the Appellate Division of the Supreme Court in the second judicial department,

reversing a judgment in favor of plaintiff and directing a dismissal of the complaint.

The motion was made upon the ground of failure to file the required undertaking.

*Henry H. Brown* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.